# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:19-M -06330(1) |
| | § |
| (1) Marvin Rodriguez-Ponce | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 01, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Marvin RODRIGUEZ-Ponce, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Phoenix, Az on 05/22/2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: "The defendant, Marvin RODRIGUEZ-Ponce, was arrested by Border Patrol Agents, on July 01, 2019 for being an alien illegally present in the United States. Investigation and records of

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Crespo, Jonathan
BPA

07/03/2019                    at   DEL RIO, Texas
File Date                          City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:19-M -06330(1)

(1) Marvin Rodriguez-Ponce

**Continuation of Statement of Facts:**

the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 05/22/2014 through Phoenix, Az. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States. "

_____  _____
Signature of Judicial Officer    Signature of Complainant